IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| US FRAMING INTERNATIONAL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 3:21-CV-17 4-TRM-DCP |
| ) | |
| CONTINENTAL BUILDING COMPANY ) | |
| AND STEADFAST INSURANCE ) | |
| COMPANY, AS SUBROGEE AND/OR ) | |
| ASSIGNEE OF CONTINENTAL ) | |
| BUILDING COMPANY, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT CONTINENTAL BUILDING COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION FOR ORAL ARGUMENT**

Defendant Continental Building Company ("Continental") submits this short opposition to Plaintiff US Framing International, Inc.'s ("USF") request for an oral argument regarding Defendant's Motion to Dismiss the Complaint ("Motion").

Continental submits that an oral argument is not necessary for the Motion as the Motion does not present any new or novel legal theories on which the Court could benefit from hearing argument. To the contrary, the Motion presents long standing principles: if a party is not a party to a contract, then that party lacks contractual standing, and is not a proper party, to bring a claim thereunder. There is no need for an oral argument and no basis for stating that the Court could benefit from one when deciding these principles. Further, as there is no claim pending before this court based on Tenn. Ann. Code §§ 56-53-102 or 56-53-103, as admitted by Plaintiff's counsel, then any alleged inaccuracy (whether true or not) has no bearing on this Court's ruling on Continental's Motion to Dismiss.

1

Should this Court grant Plaintiff's Motion for Oral Argument, Continental is available and open to participate in any format the Court deems best, be it in-person or via other means.

Respectfully submitted,

/s/ *Susan M. White*
RICHARD D. KALSON (PA 69611) (admitted Pro Hac Vice)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
41 South High Street, Suite 2600
Columbus, OH 43215-6164
Telephone:  614.223.9300
Facsimile:  614.223.9330
Email: rkalson@beneschlaw.com

SUSAN M. WHITE (OH 0086650) (admitted Pro Hac Vice)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:  216.363.4500
Facsimile:  216.363.4588
Email:  swhite@beneschlaw.com

and

W. PAUL WHITT, ESQ. (BPR #024793)
**LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.**
One Centre Square, Fifth Floor
620 Market Street
P.O. Box 2425
Knoxville, TN 37901
Telephone: (865) 546-4646
Email:  PWhitt@LewisThomason.com

*Attorneys for Continental Building Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2021, a copy of the foregoing *Opposition to Plaintiff's Motion for Oral Argument* was filed electronically via CM/ECF. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/   Susan M. White*
*Counsel for Continental Building Company*
