IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| US FRAMING INTERNATIONAL, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| CONTINENTAL BUILDING COMPANY AND STEADFAST INSURANCE COMPANY, AS SUBROGEE AND/OR ASSIGNEE OF CONTINENTAL BUILDING COMPANY, | ) Case No. 3:21-CV-174-TRM-DCP |
| Defendants. | ) |

**REPORT ON RULE 26(f) CONFERENCE**

1. The following persons participated in a Rule 26(f) conference on August 16, 2021 via telephone conference call:

   (a) Daniel Bryan Thomas and Kyle Doiron for Plaintiff.

   (b) Richard Kalson for Defendant, Continental Building Company

2. Defendant, Steadfast Insurance Company has not yet obtained counsel in Tennessee. Plaintiff's counsel has agreed – unless directed otherwise by the Court – not to pursue a Default against Steadfast until after a Ruling on Defendant Continental Building Company's Motion to Dismiss, and if appropriate, the filing of Continental Building Company's answer to the Verified Declaratory Judgment Action, if ultimately required by the Court. Plaintiff may be able to dismiss Steadfast Insurance Company as a party to this action, depending upon which allegations

1

Continental disputes in its Answer, if ultimately required by the Court, upon the filing of verified stipulations by Steadfast Insurance Company.

3. Jurisdiction. To the extent Defendant Continental Building Company disputes Jurisdiction, it is set forth in its pending Motion to Dismiss.

4. Initial Disclosures. The parties have stipulated to complete the initial disclosures required by Rule 26(a)(1) within twenty-one (21) days following the filing of Defendant's Answer, if ultimately required by the Court, pending the outcome of the pending Rule 12 Motion.

5. Discovery Plan. The parties propose the following discovery plan:

(a) The Parties have conferred and agree that they cannot meaningfully discuss Discovery until the filing of Defendant's Answer, if ultimately required by the Court, which is still pending the outcome of the Defendant's Rule 12 Motion.

6. ADR. The parties have explored settlement prospects in good faith; however, the requested declaration is not likely to be resolved via negotiations.

Respectfully Submitted,

/s/ *Kyle M. Doiron*
KYLE MATTHEW DOIRON (35987)
DANIEL BRYAN THOMAS (27581)
Bradley Arant Boult Cummings, LLP
Attorneys for Continental 411 Fund, LLC
Roundabout Plaza, 1600 Division Street
Suite 700
Nashville, Tennessee 37203
kdoiron@bradley.com
dbthomas@bradley.com
(615) 252-2318

/s/ *Richard D. Kalson*
RICHARD D. KALSON (PA 69611) (admitted Pro Hac Vice)
**BENESCH, FRIEDLANDER, COPLAN &**

2

Case 3:21-cv-00174-TRM-DCP   Document 23   Filed 08/16/21   Page 2 of 3   PageID #: 429

**ARONOFF LLP**
41 South High Street, Suite 2600
Columbus, OH 43215-6164
Telephone: 614.223.9300
Facsimile: 614.223.9330
Email: rkalson@beneschlaw.com

*Attorneys for Continental Building Company*

3